# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

CYNTHIA SCHRECENGOST,    )
           )
       Plaintiff,  )
           )
v.           )   No. 06-3168-CV-S-DW
           )
MARINE ELECTRICAL PRODUCTS, )
           )
       Defendant. )

## ORDER

Before the Court is the parties' Stipulation of Dismissal (Doc. 17). Pursuant to Federal

Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*.

The fees and costs associated with this action shall be borne by the parties individually.  The

Clerk of the Court is directed to mark this action as closed.


Date: February 26, 2007       /s/ DEAN WHIPPLE
                   Dean Whipple
              United States District Court